No. 04–6232. CREVELING v. MOHAVE COUNTY, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6233. NEWBURY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–6241. MURRAY v. PERLOW. C. A. 1st Cir. Certiorari denied.

No. 04–6244. MORRILL v. JOHNS HOPKINS UNIVERSITY. Ct. Sp. App. Md. Certiorari denied.

No. 04–6250. MARTIN v. WORKMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–6251. LARRIMORE v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–6253. PHILLIPS v. LANSING SCHOOL DISTRICT ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–6254. ELROD v. SUPREME COURT OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–6255. DAVIS v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6262. HALEY v. GALLOWAY ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–6267. PEREZ GUZMAN v. ROSSELLO GONZALEZ ET AL. Sup. Ct. P. R. Certiorari denied.

No. 04–6268. LACKING v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 04–6269. LONGWORTH v. LANE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6270. WILLIAMS v. DAHM, WARDEN. C. A. 8th Cir. Certiorari denied.